# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KELLIE DOUGLAS CARDENAS,** No. 38011-177, Petitioner, vs. **UNITED STATES OF AMERICA,** Respondent. | Case No. 13-cv-01096-DRH |

## MEMORANDUM AND ORDER

**HERNDON, Chief District Judge:**

Petitioner Kellie Douglas Cardenas is currently incarcerated in the Federal Correctional Institution at Greenville, Illinois. By letter Cardenas has requested an "endorsement" of her request under the Second Chance Act of 2007, 18 U.S.C. § 3624(c), for placement in a halfway house for up to 12 months (Doc. 1). The letter was construed as a possible attempt at filing a petition for writ of habeas corpus under 28 U.S.C. § 2241.

By Order dated November 6, 2013, the petition was dismissed without prejudice and Cardenas was granted leave to file an amended petition by December 6, 2013 (Doc. 6). In recognition of certain unique procedural circumstances, the Court agreed that if Cardenas elected not to proceed with this action, at the close of the prescribed deadline for amendment, the case would be dismissed without prejudice and without Cardenas ever incurring the filing fee. Cardenas has not filed an amended petition.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED without prejudice**. No filing fee will be assessed. The Clerk of Court is directed to administratively close this case.

**IT IS SO ORDERED.**

**Signed this 12th day of December, 2013.**

Digitally signed by David R. Herndon
Date: 2013.12.12 10:17:17 -06'00'

**Chief Judge**
**United States District Court**